IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| TERRY JAMES DODD, JR, | § | CASE NO. 26-10074-SMR |
|     Debtor | § | CHAPTER 7 |
| | § | |
| UNIVERSITY FEDERAL CREDIT UNION, | § | |
|     Movant | § | |
| | § | |
| vs. | § | |
| | § | |
| TERRY JAMES DODD, JR, | § | |
|     Debtor | § | |
| and | § | |
| JOHN PATRICK LOWE, Trustee, | § | |
|     Respondents | § | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY OF ACT AGAINST PROPERTY**
(Property: 2022 Toyota Tundra / 5TFLA5AB8NX010555)

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN 14 DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD. A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

**ANY RESPONSE MUST BE TIMELY FILED WITH THE UNITED STATES BANKRUPTCY CLERK, WESTERN DISTRICT OF TEXAS, <u>HOMER J. THORNBERRY FEDERAL JUDICIAL BUILDING, 903 SAN JACINTO BLVD., SUITE 322, AUSTIN, TX 78701</u>. IF A TIMELY RESPONSE IS FILED, THE COURT WILL THEN SET A HEARING ON THE MOTION, AND YOU WILL BE PROVIDED WITH NOTICE OF THE DATE, TIME, AND PLACE OF THE HEARING. IF YOU DO NOT ATTEND THE HEARING, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE MOTION.**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW University Federal Credit Union ("Movant"), a secured creditor, to file this *Motion for Relief from Automatic Stay of Act Against Property* ("Motion") against Terry James Dodd, Jr ("Debtor"), and in support thereof Movant would show the Court as follows:

### Jurisdiction

1. On or about January 16, 2026, Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code, and John Patrick Lowe was appointed Chapter 7 Trustee.

2. This Court has jurisdiction of this Motion by virtue of 11 U.S.C. §§105, 361, 362, and 28 U.S.C. §§1334 and 157 and all other applicable rules and statutes affecting the jurisdiction of Bankruptcy Courts generally.

### Debt and Collateral Description

3. Debtor is the owner of certain personal property described as a 2022 Toyota Tundra / 5TFLA5AB8NX010555 ("Vehicle"). Movant is the owner and holder of the *Closed-End Note, Disclosure, Loan and Security Agreement* ("Vehicle Contract") dated June 10, 2025, relating to the Vehicle, has perfected its security interest, and is the record lienholder on the Texas Certificate of Title. Copies of the Vehicle Contract executed by Terry James Dodd, Jr to University Federal Credit Union and the Certificate of Title are attached as Exhibit "A" to the *Affidavit in Support of Motion for Relief from Stay of Act Against Property* and are incorporated herein by such reference.

4. As of February 10, 2026, Debtor was in default under the Vehicle Contract on **five (5)** contractual monthly payments of $782.12 each, for the months of October, November,

and December 2025, and January and February 2026.[1]  As of February 10, 2026, the approximate payoff amount owed by Debtor to Movant on the Vehicle Contract was $40,693.29.  The approximate payoff amount includes the principal balance, accrued interest, and accrued late charges, but does not include attorneys' fees or related costs.

5. According to the Schedules filed by the Debtor in this case, the value of the Vehicle is $33,490.00.  There is no equity in the Vehicle.

### Lack of Adequate Protection

6. The Statement of Intention filed in this case reflects that the Debtor intends to surrender the Vehicle.  By failing to make the regular monthly installment payments due pursuant to the Contract, the Debtor has not adequately protected Movant's interest in the Vehicle.  Cause therefore exists for termination of the automatic stay pursuant to 11 U.S.C. §362(d).

7. Movant has no remedy available other than to seek relief from the automatic stay.

8. Movant seeks relief for the purpose of exercising its remedies available under state law, up to and including repossession and foreclosure of its lien and liquidation of the Vehicle.  Alternatively, Movant seeks adequate protection of its interest in the Vehicle.

9. Movant has retained counsel to represent it and is incurring legal expenses and attorneys' fees for which it is entitled to be reimbursed under the terms of the Contract.

10. An Affidavit in support of this Motion is attached hereto and incorporated herein for all purposes.

---

[1] Payments in the amount of $782.12 are due on the 9th day of each month under the Vehicle Contract.

**11.** Movant requests that any order granting a motion for relief from automatic stay in accordance with Rule 4001(a)(3) not be stayed until the expiration of fourteen (14) days after the entry of the order.

**Prayer**

**WHEREFORE, PREMISES CONSIDERED**, Movant prays that, upon considering this Motion, the automatic stay will be terminated as to the Debtor with respect to Movant, thereby permitting Movant to pursue all available remedies to obtain possession and control of the Vehicle to the exclusion of the Debtor and to liquidate the vehicle in accordance with applicable law.  Alternatively, Movant prays that it be afforded adequate protection by: (a) having all payments presently due in this proceeding to Movant brought current or such other resolution as may be acceptable to Movant; (b) reimbursing Movant for its reasonable attorneys' fees and expenses; and (c) granting Movant such other and further relief, at law and in equity, as is just.

Respectfully Submitted,

By: /s/ David Aaron DeSoto
June A. Mann / TBA No. 12928400
David Aaron DeSoto / TBA No. 00790585
ddesoto@mannlawtexas.com
Mann Law Firm PLLC
3104 Edloe Street, Suite 201
Houston, Texas 77027
(713) 893-8962 (Direct)
(281) 500-6995 (Facsimile)
ATTORNEYS FOR CREDITOR

# CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing *Motion for Relief from Automatic Stay of Act Against Property* has been served upon the following parties via electronic means through the Court's CM/ECF system or by pre-paid regular first class U.S. Mail as noted herein on February 10, 2026.

                                               /s/ David Aaron DeSoto
                                               David Aaron DeSoto

| **DEBTOR'S ATTORNEY** | **TRUSTEE** |
|---|---|
| **(via electronic notice)** | **(via electronic notice)** |
| Elizabeth June Hickson | John Patrick Lowe |
| Hickson Law, P.C. | 2402 East Main Street |
| 4413 Spicewood Springs Rd #216 | Uvalde, TX 78801 |
| Austin, TX 78759 | |
| | **U. S. TRUSTEE** |
| **DEBTOR** | **(via electronic notice)** |
| **(via first class mail)** | United States Trustee |
| Terry James Dodd, Jr | 903 San Jacinto Blvd, Suite 230 |
| 8108 Skytex Street | Austin, TX 78701 |
| Austin, TX 78744 | |

**PARTIES REQUESTING NOTICE**
**(via electronic notice if so designated for receipt of such in CM/ECF)**
None